Monte J. White
State Bar No. 00785232
Attorney for Debtors

Monte J. White & Associates
402 Cypress, Suite 310
Abilene, Texas 79601
(325) 673-6699
(325) 672-9227 Fax

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| IN RE: | § | CASE NO. 13-10215-rlj-13 |
|---|---|---|
| | § | |
| Verna Sherrell Hitchcock | § | |
| | § | |
| | § | |
| DEBTOR | § | CHAPTER 13 |

**<u>DEBTOR'S MOTION TO EXTEND THE AUTOMATIC STAY
AND REQUEST FOR INTERIM RELIEF</u>**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Verna Sherrell Hitchcock, (herein "Debtor"), and files this Motion to Extend the Automatic Stay and Request for Interim Relief, and, in support thereof, would show the court as follows:

1. Debtor filed this Chapter 13 case on 8/23/2013, in the Northern District of Texas, Abilene Division.

2. Debtor filed a prior Chapter 13 Bankruptcy case, Case No. 10-10176-rlj-13, in the Northern District of Texas, Abilene Division on 5/27/2010, and said case was dismissed without prejudice on 7/31/2013, for failure to make timely payments to the Chapter 13 Trustee.

3. As a result of the Debtor's previous bankruptcy case pending within the one year period before Debtor's current Chapter 13 Case was filed and pursuant to the provisions of 11 U.S.C. §362(c)(3)(A), the automatic stay will terminate on the 30th day after filing Debtor's current Chapter 13 case

4. Debtor will show this court the filing of the current Chapter 13 case is filed in good faith as to the creditors stayed.

5. The Court's next regular general docket to consider such a motion is on 10/2/2013, (more than 30 days after the filing of the motion).

6. Unless the Court hears the Debtor's Motion to Extend the Automatic Stay on its 10/2/2013, docket, it will be necessary to schedule a "special setting" to comply with the 30 day requirement of 11 U.S.C. §362(c)(3)(B). Debtor requests the court to grant the Motion to Extend the Automatic Stay on an interim basis until the Motion can be heard on the 10/2/2013, docket.

7. If the Court grants the relief requested, Debtors' counsel will mail notice of the Motion to Extend the Automatic Stay and Request for Interim Relief to all creditors.

8. After a hearing on the motion, Debtor requests this Court enter an Order continuing the Automatic Stay to all creditors for the duration of this Chapter 13 proceeding until such time the Automatic Stay is terminated under 11 U.S.C. §1362(c)(1), 11 U.S.C. §361(c)(2), or a Motion for Relief is granted under 11 U.S.C. §362 (d) and for such further relief to which Debtor(s) may be justly entitled.

WHEREFORE, PREMISES CONSIDERED, Debtor respectfully prays that the Court extend the automatic stay on an interim basis until hearing can be held on the Court's regular docket on 10/2/2013, and after such hearing prays the Court enter an Order continuing the Automatic Stay to all creditors for the duration of this Chapter 13 proceeding until such time the Automatic Stay is terminated under 11 U.S.C. §1362(c)(1), 11 U.S.C. §362(d)(2) or a Motion for Relief is granted under 11 U.S.C. §362(d), and for such other relief at law and equity to which the Debtor may be entitled.

    Respectfully submitted,

    Monte J. White & Associates
    402 Cypress, Suite 310
    Abilene, Texas 79601
    (325) 673-6699
    (325) 672-9227 Fax

    By: /s/ Monte J. White
        SBN  00785232
        Attorney for Debtor

CERTIFICATE OF SERVICE

I hereby certify a copy of the foregoing *Motion to Extend the Automatic Stay* was served on August 27, 2013 to the following parties by ECF and/or regular First Class mail:

/s/Monte J. White
Attorney for Debtors

Acs/abilene Higher Edu
501 Bleecker St
Utica, NY 13501

Hendrick Medical Center
Collection Department
1900 Pine Street
Abilene, Texas 79601

Service Bureau Inc
2705 81st St
Lubbock, TX 79423

Afni, Inc.
Attn: DP Recovery Support
PO Box 3427
Bloomington, IL 61702

HMC Physicians
303 N. Clyde Morris Blvd.
Daytona Beach, FL 32114

Southwestern Bell
Collections Division
PO Box 90245
Arlington, TX 76004

Asset Acceptance
PO Box 2036
Warren, MI 48090

Internal Revenue Service
PO Box 21126
Philadelphia, PA 19114

Sprint
PO Box 79357
City of Industry, CA 91716-935

Clinical Pathology Associates
P.O. Box 3138
Abilene, Texas 79604

IRS Special Procedures
Mail Code 5020-DAL
1100 Commerce St, Room 9B8
Dallas, TX 75242

SuddenLink
P.O. Box 78670
Phoenix, AZ 85062-8670

Cmre Financial Services Inc
3075 E Imperial Hwy
Suite 200
Brea, CA 92821

Lajedan Properties
P.O. Box 6577
Abilene, TX 79608

Taylor Co. Central Appraisal Di
1534 South Treadaway Blvd
Abilene, TX 79601

Datasearch
PO Box 461289
San Antonio, TX 78246

Mer&pro Cr B
Po Box 140675
Austin, TX 78714

Texas Midwest ER Physicians
PO Box 676240
Dallas, TX 75267-6240

Enhanced Recovery Corp
Attention: Client Services
8014 Bayberry Rd
Jacksonville, FL 32256

MetroCare Services - Abilene
PO Box 26018 Dept 8037
Beaumont, TX 77720

Verizon Wireless
Verizon Wireless Department/Att
PO Box 3397
Bloomington, IL 61702

Equidata
724 Thimble Shoals Blvd
Newport News, VA 23606

Michael Reed
McCreary Veselka, Bragg & Allen
PO Box 1269
Round Rock, TX 78680

West Central Tx Coll B
Po Box 2586
Abilene, TX 79604

First Premier Bank
601 S Minnesota Ave
Sioux Falls, SD 57104

Monte J. White & Associates, P.
402 Cypress, Suite 310
Abilene, TX 79601

Western Shamrock Corporation
Attention:  Bankruptcy
801 S Abe St
San Angelo, TX 76903

Ford Motor Credit Corporation
National Bankruptcy Center
PO Box 6275
Dearborn, MI 48121

Radiology Associates of Abilene
PO Box 2898
Abilene, TX 79604

World Finance Corp
3118 N 1st St
Abilene, TX 79603