Walter O'Cheskey
Chapter 13 Trustee
6308 Iola Ave., Suite 100
(806) 748-1980  Phone
(806) 748-1956  Fax

# IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
### ABILENE DIVISION

IN RE:

VERNA SHERRELL HITCHCOCK

CASE NO: 13-10215-RLJ-13
HEARING DATE:  10/30/2013
HEARING TIME:   11:00 AM

## NOTICE OF  HEARING AND THE RIGHT TO OBJECT

PLEASE TAKE NOTICE that on 10/30/2013 at 11:00 AM at the following location

VIDEO HEARING:  US COURTHOUSE ROOM 2201, 3RD & PINE, ABILENE, TEXAS 79604

The above captioned Debtor(s) will seek an Order of the Bankruptcy Court granting the relief requested in the

### Debtor's(s')  Chapter 13 Plan and Motion for Valuation

PLEASE TAKE FURTHER NOTICE that any party objecting or responding to any relief sought in the above pleading must do so in writing.  The objection or response must be served upon the Debtor's(s') counsel (or the Debtor(s) if not represented by counsel), and upon the Chapter 13 Trustee NOT LESS THAN SEVEN (7) DAYS PRIOR TO THE ABOVE HEARING DATE.

**FAILURE TO FILE AND SERVE A WRITTEN OBJECTION OR RESPONSE AS STATED, AND FAILURE TO ATTEND BOTH THE PRE-HEARING CONFERENCE AND THE COURT'S HEARING SHALL CONSTITUTE A WAIVER OF ANY OBJECTION OR RESPONSE, AND JUDGMENT SHALL BE ENTERED BY DEFAULT, UNLESS OTHERWISE ORDERED BY THE COURT.**

SETTLEMENTS OR AGREEMENTS, SIGNED OR ACKNOWLEDGED BY BOTH PARTIES, MUST BE FAXED OR EMAILED TO THE TRUSTEE'S OFFICE 48 HOURS PRIOR TO THE HEARING DATE.

A PRE-HEARING CONFERENCE WILL BE HELD BY THE TRUSTEE ON 10/30/2013 AT 08:30 AM AT THE FOLLOWING ADDRESS:

US COURTHOUSE ROOM 2201, 3RD & PINE, ABILENE, TEXAS 79604

HEARINGS ON OBJECTIONS OR RESPONSES NOT RESOLVED AT THE PRE-HEARING CONFERENCE WILL BE HEARD BY THE COURT IMMEDIATELY FOLLOWING THE PRE-HEARING CONFERENCE.

Dated:    8/30/2013

Respectfully submitted,

/s/ Walter O'Cheskey

_____
Walter O'Cheskey
Chapter 13 Trustee

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing  NOTICE OF  HEARING AND THE RIGHT TO OBJECT for the Debtor's(s')  Chapter 13 Plan and Motion for Valuation was this date served on the following parties electronically or at the addresses listed below by U.S. First Class mail:

Date:   8/30/2013                                                                    /s/ Walter O'Cheskey

_____

Walter O'Cheskey
Chapter 13 Trustee

ACS-ABILENE HIGHER EDU 501 BLEECKER ST  UTICA NY 13501
AFNI INC ATTN  DP RECOVERY SUPPORT PO BOX 3427 BLOOMINGTON IL 61702
ASSET ACCEPTANCE PO BOX 2036  WARREN MI 48090
CLINICAL PATHOLOGY ASSOCIATES PO BOX 3138  ABILENE TX 79604
CMRE FINANCIAL SERVICES INC 3075 E IMPERIAL HWY SUITE 200  BREA CA 92821
DATASEARCH PO BOX 461289  SAN ANTONIO TX 78246
DICK HARRIS LAW OFFICE OF DICK HARRIS PC PO BOX 3835 ABILENE YX 79604
ENHANCED RECOVERY CORP ATTN CLIENT SERVICES 8014 BAYBERRY RD JACKSONVILLE FL 32256
EQUIDATA 724 THIMBLE SHOALS BLVD  NEWPORT NEWS VA 23606
FIRST PREMIER BANK 601 S MINNESOTA AVE  SIOUX FALLS SD 57104
FORD MOTOR CREDIT COMPANY DRAWER 55-953   CHAPTER 13 PO BOX 55000 DETROIT MI 48255
FORD MOTOR CREDIT COMPANY PO BOX 6275  DEARBORN MI 48121
FORD MOTOR CREDIT CORPORATION NATIONAL BANKRUPTCY CENTER PO BOX 6275 DEARBORN MI 48121
HENDRICK MEDICAL CENTER COLLECTION DEPARTMENT 1900 PINE STREET ABILENE TX 79601
HMC PHYSICIANS 303 N CLYDE MORRIS BLVD  DAYTONA BEACH FL 32114
INTERNAL REVENUE SERVICE PO BOX 7317  PHILADELPHIA PA 19101
INTERNAL REVENUE SERVICE PO BOX 7346  PHILADELPHIA PA 19101
LAJEDAN PROPERTIES FAMILY LIMITED PARTNERSHIP PO BOX 6577 ABILENE TX 79608
LAJEDAN PROPERTIES PO BOX 6577  ABILENE TX 79608
MER&PRO CR B PO BOX 140675  AUSTIN TX 78714
METROCARE SERVICES-ABILENE PO BOX 26018  DEPT 8037  BEAUMONT TX 77720
MICHAEL REED MCCREARY VESELKA BRAGG & ALLEN PC PO BOX 1269 ROUND ROCK TX 78680
MICHAEL REED OR LEE GORDON PO BOX 1269  ROUND ROCK TX 78680
RADIOLOGY ASSOCIATES OF ABILENE PO BOX 2898  ABILENE TX 79604
SERVICE BUREAU INC 2705 81ST ST  LUBBOCK TX 79423
SOUTHWESTERN BELL COLLECTIONS DIVISION PO BOX 90245 ARLINGTON TX 76004
SPRINT NEXTEL CORRESPONDENCE ATTN  BANKRUPTCY DEPT PO BOX 7949 OVERLAND PARK KS 66207
SPRINT PO BOX 79357  CITY OF INDUSTRY CA 91716
SUDDENLINK PO BOX 78670  PHOENIX AZ 85062
TAYLOR CO CENTRAL APPRAISAL DISTRICT 1534 SOUTH TREADWAY BLVD  ABILENE TX 79602
TEXAS MIDWEST ER PHYSICIANS PO BOX 676240  DALLAS TX 75267
UNITED STATES ATTORNEY 801 CHERRY STREET UNIT 4  FT WORTH TX 76102
US ATTORNEY ATTORNEY IN CHARGE 1100 COMMERCE STREET SUITE 300 DALLAS TX 75242
US ATTORNEY GENERAL 10TH ST & CONSTITUTION AVE  WASHINGTON DC 20530
VERIZON WIRELESS VERIZON WIRELESS DEPARTMENT/ATTN: BANKRU PO BOX 3397 BLOOMINGTON IL 61702
VERNA SHERRELL HITCHCOCK 4110 POTOMAC AVE  ABILENE TX 79605
WEST CENTRAL TX COLL B PO BOX 2586  ABILENE TX 79604
WESTERN SHAMROCK CORPORATION ATTENTION BANKRUPTCY 801 S ABE ST SAN ANGELO TX 76903
WORLD FINANCE CORP 3118 N 1ST ST  ABILENE TX 79603