IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

IN THE MATTER OF:                                          CASE NO. 13-10215

VERNA SHERRELL HITCHCOCK

  DEBTOR                                                             CHAPTER 13

<u>OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN</u>

TO THE HONORABLE BANKRUPTCY JUDGE:

NOW COMES Central Appraisal District of Taylor County, hereinafter referred to as Claimant, and files its Objection to the Confirmation of Chapter 13 plan, on the following grounds:

1. The claim of the undersigned is included in the class of claims described as Secured Creditor.

2. The amount provided for this Claimant is unacceptable in that the full amount owed to this Claimant as reflected in its proof of claim is ***Taylor CAD $4,738.87***.

This claim arises from property taxes due for the tax years 2010, and estimated taxes for the tax year 2013 on the debtor's property described as real property located in this tax jurisdiction.

WHEREFORE, Central Appraisal District of Taylor County objects to confirmation of the Plan due to noncompliance with the provisions of § 1129(b)(1) and (2)(A) of the Bankruptcy Code, and further requests other and such relief as is just and proper.

Dated: August 30, 2013

                                                                                       Respectfully submitted,

                                                                                        MCCREARY, VESELKA, BRAGG & ALLEN, P.C.
                                                                                        Attorneys for Claimant, Central Appraisal District of Taylor County

                                                                                        *<u>/s/Lee Gordon</u>*
                                                                                        Lee Gordon
                                                                                        State Bar Number 08212500
                                                                                        P.O. Box 1269
                                                                                        Round Rock, Texas 78680
                                                                                        Telephone: (512) 323-3200
                                                                                        Fax: (512) 323-3205

## CERTIFICATE OF SERVICE

 I hereby certify that I have placed a copy of the above Objection to Confirmation of Chapter 13 Plan to Monte J. White, Monte J. White & Associates, P.C., 1106 Brook Avenue Hamilton Place, Wichita Falls, Texas 76301; Walter O'Cheskey, P.O. Box 6141, Lubbock, Texas 79493-6141, and to those parties listed on the Court's Notice of Electronic Filing on August 30, 2013, by Electronic Notification.

                */s/Lee Gordon*
                Lee Gordon