IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

IN RE:
**VERNA SHERRELL HITCHCOCK**
**4110 POTOMAC AVE**  CASE NO:13-10215-RLJ-13

**ABILENE, TX 79605**  DATED: September 24, 2013

**DEBTOR ATTORNEY: MONTE J WHITE**

---

**TRUSTEE'S NOTICE OF INTENT TO CERTIFY**
**CHAPTER 13 CASE FOR DISMISSAL PURSUANT TO GENERAL ORDER 2010-01 (Section 3. b, c & d-1)**

---

Notice is hereby given to the above named Debtor(s) and Debtor Attorney that the Trustee intends to certify the above named Chapter 13 case for Dismissal for the reasons noted below:

____  Failure to file Authorization for Adequate Protection Disbursements

__X__  Debtor did not pay to the Trustee the first payment due in the amount of $261 within 30 days of the petition date

____  Debtor failed to attend the Section 341 Meeting of Creditors as required by Section 343 of the Bankruptcy Code.

**FAILURE TO CURE ANY OR ALL OF THE DEFICENCIES NOTED ABOVE WITHIN 7 DAYS OF THE DATE OF THIS NOTICE SHALL SUBJECT THIS PETITON TO DISMISSAL BY THE BANKRUPTCY CLERK WITHOUT FURTHER NOTICE PURSUANT TO GENERAL ORDER 2010-01 SECTION 3. b, c & d-1.**

/s/ Walter O'Cheskey
Walter O'Cheskey, Chapter 13 Trustee
6308 Iola Ave., Suite 100,
Lubbock TX 79424