Walter O'Cheskey
Chapter 13 Trustee
6308 Iola Avenue  Lubbock, TX 79424
(806) 748-1980 Phone    (806) 748-1956 Fax

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

VERNA SHERRELL HITCHCOCK

CASE NO. 13-10215-RLJ-13

| | |
|---|---|
| AKA1: | AKA2: |
| DBA1: | DBA2: |
| SS#1:  xxx-xx- 7039 | SS#2: |

## REPORT OF 341 MEETING

I. 341 MEETING REPORT:

A. Orig. Date:  10/8/2013   Orig. Time:   2:00 PM        Reset Date:              Reset Time:

B. Meeting Results:       Adjourned

C. Debtor(s):   Debtor 1 Appeared

D. Attorney for Debtor(s):    Appeared

E. Creditor Appearance:    Dick Harris -- Lajedan Properties

F. Amount Paid to the Trustee as of      10/9/2013   $272.00      First Payment Due Date:      9/22/2013

G. File Trustee's Motion to Dismiss because

H. B22C Information:      B22C Form is:     Complete

  Budgeted Income:   $2,809.44   Expense:   $2,548.44   Surplus:   $261.00

  Plan Payment:   $261.00  Monthly                     Plan Term(Months):   44

I. Value of Non-Exempt Property:       $0.00  Proposed Amount to Unsecured Creditors:      $0.00

  ___   Objection to Exemption of:

  ___   Repeat Filing (If case dismissed, it should be with prejudice)  Previous Case Numbers:   10-10176-13

  ___   Object to Invoke Stay Pleading

  ___   Case Converted from Chapter 7, Bar Date Set:   1/6/2014   Date Converted from Chapter 7:

J. Required Information:    Good

K. Business Information:

L. Object to Confirmation:    Yes

  Feasibility to pay sec, prio, & admin requires $19,662

M. Financial Management Class:   Debtor 1 Appeared

N. Eligibility:

  Certificate of Credit Counseling Filed:   Debtor 1 Only

  Credit Counseling Provider Approved:               Yes

  Debt Limits Exceeded (Secured-$1,081,400; Unsecured-$360,475):      No

O. Domestic Support Obligation:      $0.00  Current:         Arrears:       $0.00

  Affidavit and Disclosure of Domestic Support Obligations Received:   Yes

P. Remarks:    MTD
         -WW Directive -- corrected
         Questions
           -Feasibility to pay sec, prio, & admin requires $19,662
             -Extend term to 60 months & $330 payment beginning November 2013 for 3-60.
         Lajeda properties paid the 2010 $2,431.94 proeprty taxes. Paid on 9/30/2013

Dated:   10/8/2013                              /s/ Walter O'Cheskey

                                        Standing Bankruptcy Trustee
                                        By:      Brent Hagan

| Case Number: | 13-10215 |
|---|---|
| Debtor: | Hitchcock |
| Attorney: | MJW |
| Presiding Officer: | Brent Hagan |
| Calculation Date: | 10/8/2013 9:09 |

| Domestic Support   Input name from Plan | Arrears Enter amount from Plan | Int. Rate Enter from Plan | Term Per Plan | Calculated Monthly Payment | Total Pmt. Per Term of Plan |
|---|---|---|---|---|---|
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |

| Secured Creditor/Collateral Input name from Plan | Value/Claim Amount Enter amount from Plan | Int. Rate Enter from Plan | Term Per Plan | Calculated Monthly Payment | Total Pmt. Per Term of Plan |
|---|---|---|---|---|---|
| Lajedan | $6,001.53 | 7.25% | 44 | $155.74 | $6,852.54 |
| FMCC | $1,166.31 | 6.00% | 44 | $29.60 | $1,302.21 |
| TCAD | $4,738.87 | 12.00% | 44 | $133.66 | $5,880.91 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |

| Priority Creditor        Input name from Plan | Value/Claim Amount Enter amount from Plan | | Term Per Plan | Calculated Monthly Payment | Total Pmt. Per Term of Plan |
|---|---|---|---|---|---|
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |

| Attorney Fees        Paid Through the Plan | $3,356.00 | | $3,356.00 |
|---|---|---|---|
| Noticing Fees | $115.20 | | $115.20 |
| Clerk Filing Fees | $0.00 | | $0.00 |

| Hardacre Minimum | $0.00 | <-------------- | |
|---|---|---|---|
| Chapter 7 Minimum (Gross) | $0.00 | | |
| Less Trustee Fees | $0.00 | | |
| Less Attorney Fees | $3,356.00 | | |
| Less Noticing Fees | $115.20 | Greater Of --------> | $0.00 |
| Less Clerk Filing Fees | $0.00 | | |
| Less Scheduled Priority Claims | $0.00 | | |
| Less Other (Explain Below) | $0.00 | | |
| Chapter 7 Minimum (Net) | $0.00 | <-------------- | |

| Total Scheduled General Unsecured Claims (Limits Greater of Hardacre or Chapter 7 Minimum) | $31,160.00 |
|---|---|

| Calculated Base (Admin, Secured, Priority, DSO, Lower of Minimum or Sched U/S & Trustee Fee) | $19,439.26 |
|---|---|
| Debtor Plan Base (Monthly Payment X Term) | $11,484.00 |
| Surplus (Debtor Plan Base - Calculated Base) | -$7,955.26 |

**Comments:**

1-2 $261 & $330 3-60 = $19,662